UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DEMINNY WILLIAMS,

                              Plaintiff,

    v.

ZIM SHIPPING US LLC,

                              Defendant.
----------------------------------------------------------------X

JUDGMENT

22-cv-438 (BMC)

        An Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on June 21, 2022, granting the motion for a default judgment to the extent set forth in the Order; directing the Clerk of Court to enter judgment in favor of plaintiff and against defendant in the amount of $14,248.46; it is

        ORDERED and ADJUDGED that the motion for a default judgment is granted to the extent set forth in the Order; that judgment is hereby entered in favor of plaintiff and against defendant in the amount of $14,248.46.

Dated: Brooklyn, New York
         June 22, 2022

                                                                         Brenna B. Mahoney
                                                                         Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                        Deputy Clerk